IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
*Rita Mildred Airozo*

Civil Case # 1:18-cv-461-RLY-TAB

## ORDER TO AMEND COMPLAINT

ON THIS DAY came for consideration Rita Airozo's Motion to Amend the Short Form Complaint. Having considered the Motion, the Court herein grants the Motion. [Filing No. 25895.]

IT IS THEREFORE ORDERED that the Amended Short Form Complaint is hereby deemed filed as of the date of this Order. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 9/20/2024

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.